IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD ALAN BROWN, | No. 4:22-CV-01153 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| OFFICER WEB, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 29th day of November 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 claims against defendants Officer Web, Officer Fortney, the "Superintendent" of SCI Smithfield, and the "Deputy Superintendent" of SCI Smithfield are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to terminate the defendants identified in paragraph 1 above.

3. Plaintiff's Section 1983 claim for Fourteenth Amendment deliberate indifference to serious medical needs may proceed against the "Nurse" and "Head Nurse" at SCI Smithfield as set forth in Plaintiff's amended complaint (Doc. 13).

4. The Clerk of Court is directed to add two new "Jane Doe" defendants: Nurse at SCI Smithfield and Head Nurse at SCI Smithfield.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge